# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael  L.  Natysyn                                    CHAPTER 13

Debtor(s)

BKY. NO. 26-12995 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-HE1 Asset Backed Pass-Through Certificates, Series 2007-HE1 and index same on the master mailing list.

Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
20 Jul 2026, 15:28:25, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 1d67207923ae9ddaa3a95a911d3df0905b19e396f32c392c8f2621edaf0be125