**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  **MICHAEL NATYSYN**          :          **CHAPTER 13**
                                                 :
      **Debtor**                        :          **NO. 26-12995**

## ORDER

AND NOW, this     30th          day of    July         , 2026, upon consideration

of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it

is hereby ORDERED that the Debtor be granted an extension to **August 10, 2026** in which to

file the Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and Chapter 13

Plan.

_____
    J. PATRICIA M. MAYER