*Form 130* (3/23)–doc 13

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Michael L. Natysyn | ) | Case No. 26–12995–pmm |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## Amended Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

Documents and Deadline

Means Test Calculation 122C–2 Due 8/10/26
Plan Due 8/10/26
Schedules A/B Due 8/10/26
Schedules C Due 8/10/26
Schedules D Due 8/10/26
Schedules E/F Due 8/10/26
Schedules G Due 8/10/26
Schedules H Due 8/10/26
Schedules I Due 8/10/26
Schedules J Due 8/10/26
Statement of Attorney Compensation Due 8/10/26
Statement of Current Monthly Income (122C–1) Due 8/10/26
Statement of Financial Affairs Due 8/10/26
Summary of Assets and Liabilities Due 8/10/26

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: August 3, 2026

By the Court

Patricia M. Mayer
Judge, United States Bankruptcy Court