**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **MICHAEL NATYSYN** | : | **CHAPTER 13** |
| | | : | |
| | **Debtor(s)** | : | **BANKRUPTCY NO. 26-12995** |

## CERTIFICATE OF SERVICE

I, Paul H. Young, Esquire, hereby certify, pursuant to the penalty of perjury, that I am the attorney for the Debtors in the above-captioned matter and that I have sent copies of the original Plan by regular mail to the addresses indicated on the attached Matrix:

/s/Paul H. Young
PAUL H. YOUNG, ESQUIRE
Attorney for Debtors
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: August 10, 2026

Trustee Scott Waterman

U.S. Trustee

Debtor

All Creditors on Matrix

Comenitycb/dtlfirstfin
Po Box 182120
Columbus, OH 43218

Community Blue Medicare PPO
PO Box 382178
Pittsburgh, PA 15251-8178

Credit Coll
Attn: Bankruptcy
725 Canton Street
Norwood, MA 02062

Credit Coll
Po Box 607
Norwood, MA 02062

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Credit Collection Services
Po Box 607
Norwood, MA 02062

Dept Of Education/neln
Po Box 82561
Lincoln, NE 68501

Gm Financial
801 Cherry Street, Ste. 3600
Fort Worth, TX 76102

Kubota
Servicing Center
PO Box 2046
Grapevine, TX 76099

Kubota Credit Corp, USA
Attn: Bankruptcy
P.O. Box 2046
Grapevine, TX 76099

Kubota Credit Corp, USA
Po Box 2046
Grapevine, TX 76099

Midland Credit Mgmt
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

Midland Credit Mgmt
320 East Big Beaver
Troy, MI 48083

New Tripoli Bank
6748 Madison St
New Tripoli, PA 18066

OneMain Financial
Attn: Bankruptcy
Po Box 142
Evansville, IN 47701

OneMain Financial
Po Box 1010
Evansville, IN 47706

Select Portfolio Servicing, Inc
Attn: Bankruptcy
Po Box 65250
Salt Lake City, UT 84165

Select Portfolio Servicing, Inc
10401 Deerwood Park Blvd
Jacksonville, FL 32256

State Farm
Insurance Dept
Bureau of Consumer Services
1209 Strawberry Square
Harrisburg, PA 17120

TekCollect Inc
Attn: Bankruptcy
Po Box 1269
Columbus, OH 43216

TekCollect Inc
Pob 1269
Columbus, OH 43216