**LOCAL BANKRUPTCY FORM 1007-1(c)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF**
**PENNSYLVANIA**

**IN RE:**

| | | |
|---|---|---|
| | : | **CHAPTER** 13 |
| | : | |
| | : | **CASE NO.** __-____-bk-26-12995 |
| **Michael Natsysm** | : | |
| | : | |
| **Debtor(s)** | : | |

**CERTIFICATION OF NO PAYMENT ADVICES**
**pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

I, MICHAEL NATYSYN, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment.** I further certify that I received no payment advices during that period because:

- [ ] I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.
- [X] I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.
- [ ] My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.
- [ ] I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.
- [ ] I did not receive payment advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE: 8/11/2026

Michael Natysyn
Debtor