BRANCH OFFICE ADDRESS:
P O BOX 8016
WAUSAU, WI 54402
914-345-4949

Helmsman
Management Services LLC

| B. CODE | CHECK NUMBER | CHECK DATE |
|---|---|---|
| 002 | 69153553 | 07/17/2 |
| | CHECK AMOUNT ****$633.02 | BLOCK NUMBER 000522 |

PAGE 1 OF 1

OSN: EE0901071703-000372

CLAIM #: WC 205-J71235
CONTRACT #: WP8-65B-289181-496

CONTROL #: 000001728 ID: CRNEA36

PAYEE: MICHAEL NATYSYN

DATE OF INJURY: 06/25/26
EMPLOYEE: NATYSYN,MICHAEL
1466 PENNSYLVANIA AVENUE
EMMAUS, PA 18049

EMPLOYER: THE HOME DEPOT U.S.A., INC.
DATES OF SERVICE 07/13/26-07/19/26
LOCATION CODE: 4186

| DATES OF SERVICE FROM | TO | SERVICE DESCRIPTION | PERIOD | WEEKLY RATE | GROSS | PAYABLE | EXP COD |
|---|---|---|---|---|---|---|---|
| 07/13/26 | 07/19/26 | TT EMP | | 633.02 | 633.02 | 633.02 | |

NOTE: PAYS TEMPORARY TOTAL BENEFIT

| | |
|---|---|
| TOTAL GROSS | 633.02 |
| TOTAL PAYABLE: | 633.02 |
| TOTAL WITHHOLDING - (FEDERAL AND STATE): | 0.00 |
| TOTAL AMOUNT PAID: | 633.02 |

--

YMMA
YOUNG, MARR, MALLIS & ASSOCIATES
LAW FIRM

3554 Hulmeville Road, Suite 102
Bensalem PA 19020
215-639-5297
Fax 215-639-1344
**direct text: 267-666-0759**

Please note we have several offices throughout Pennsylvania and New Jersey including Quakertown, Jenkintown, Easton, Northeast Philadelphia, Allentown, Bala Cnywyd, Plymouth Meeting, Doylestown, Harrisburg as well as Hamilton, Marlton, Cinnaminson and Piscataway.