Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Michael L. Natysyn
1466 Pennsylvania Avenue
Emmaus, PA 18049

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 26-12995-PMM**

Petition Filed Date: 07/16/2026
341 Hearing Date: 08/18/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | ACAR LEASING LTD DBA<br>»» 001 | Unsecured Creditors | $29,198.88 | $0.00 | $0.00 |
| 2 | US DEPARTMENT OF EDUCATION<br>»» 002 | Unsecured Creditors | $125,472.81 | $0.00 | $0.00 |
| 3 | ONEMAIN FINANCIAL GROUP LLC<br>»» 003 | Unsecured Creditors | $10,322.06 | $0.00 | $0.00 |
| 0 | YOUNG MARR MALLIS & ASSOCIATES | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 004 | Unsecured Creditors | $544.55 | $0.00 | $0.00 |
| 5 | LEHIGH VALLEY HEALTH NETWORK<br>»» 005 | Unsecured Creditors | $1,881.13 | $0.00 | $0.00 |
| 6 | NEW TRIPOLI BANK<br>»» 006 | Unsecured Creditors | $7,885.79 | $0.00 | $0.00 |

**Chapter 13 Case No. 26-12995-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $0.00 | Arrearages: | $400.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $14,400.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.