IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: MICHAEL L. NATYSYN<br>**Debtor(s)** | CHAPTER 13 |
| ACAR LEASING LTD<br>d/b/a GM FINANCIAL LEASING<br>**Moving Party**<br>v. | CASE NO. 26-12995-PMM<br><br>11 U.S.C. 362 |
| MICHAEL L. NATYSYN<br>**Respondent(s)** | HEARING DATE: **9-22-26 at 10:00 AM** |
| SCOTT F. WATERMAN<br>**Trustee** | |

**ORDER MODIFYING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

Upon the motion of ACAR Leasing LTD d/b/a GM Financial Leasing, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified to permit the movant to pursue the movant's rights in the personal property described as a **2022 Chevrolet Colorado** bearing vehicle identification number 1GCGTBEN4N1285499 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(4).**

Date:
**September 22, 2026**

Patricia M. Mayer

UNITED STATES BANKRUPTCY JUDGE